*Earl W. Brydges* for appellant.

*William E. Miller, District Attorney (J. F. Henry De Lange* **of** counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

NATHAN KANTROWITZ, Respondent, *v.* DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant.

Argued April 15, 1948; decided May 20, 1948.

*Seward A. Miller* and *William H. Michaels, Jr.*, for appellant. *LeRoy Lounsberry* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.